IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-74-GMS |
| | : | |
| ELVIN DEMPSEY, | : | |
| | : | |
| Defendant. | : | |

**MOTION TO EXTEND TIME TO FILE PRE-TRIAL MOTIONS**

Defendant, Elvin Dempsey, by and through his undersigned counsel, Eleni Kousoulis, hereby moves the Court pursuant to Federal Rule of Criminal Procedure 45(b) and Local Rule 5(a), for an Order enlarging the time within which pre-trial motions may be filed. In support of this motion, the Defendant submits as follows:

1. Pre-trial motions for this case are due by September 21, 2007.

2. Defense counsel needs additional time to review the discovery in this case and to conduct needed investigation. The discovery in this case to date is 67 pages, including three audio-tapes. Defense counsel has not had the opportunity to sufficiently review or discuss the discovery with her client, to determine what, if any, pretrial motions need to be filed. There is also some investigation that the defense is conducting which is not yet complete, but which is needed prior to the filing of any motions.

3. AUSA Shawn Martyniak, the attorney handling this case for the government, does not oppose the defense's request for an enlargement of time in which to file any pre-trial motions, making this motion unopposed.

4.   Defense counsel, therefore, respectfully requests an additional 45 days in which to file pre-trial motions, to allow her sufficient time to complete her investigation in this case, review the discovery, and to discuss the case in general with Mr. Dempsey.[1]

5.   The defense agrees to waive, pursuant to the Speedy Trial Act, any additional time given in which to file pre-trial motions.

WHEREFORE, it is respectfully requested that the time for Defendant to file pre-trial motions be extended to anytime after November 5, 2007.

Respectfully Submitted,

/s/
Eleni Kousoulis, Esquire
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware  19801
(302) 573-6010
ecf_de@msn.com
Attorney for Defendant Elvin Dempsey

Dated: September 21, 2007

---

[1] Defense counsel currently has two jury trials scheduled in October which is why an additional 45 days is requested.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-74-GMS |
| ELVIN DEMPSEY, | : | |
| Defendant. | : | |

# **ORDER**

Having considered Defendant Dempsey's Motion to Extend Time to File Pre-trial Motions,

**IT IS HEREBY ORDERED** this _____ day of _____, 2007, that Defendant Dempsey's pre-trial motions shall be due on the _____ day of _____, 2007.

                                                                                         _____
                                                                                         Honorable Gregory M. Sleet
                                                                                         United States District Court