IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-74-GMS |
| ELVIN DEMPSEY, | : | |
| Defendant. | : | |

### ORDER

Having considered Defendant Dempsey's Motion to Extend Time to File Pre-trial Motions,

IT IS HEREBY ORDERED this __24th__ day of __Sept.__, 2007, that Defendant Dempsey's pre-trial motions shall be due on the __9th__ day of __November__, 2007.

_____
Honorable Gregory M. Sleet
United States District Court

FILED

SEP 2 4 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE