IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-74-GMS |
| | : | |
| ELVIN DEMPSEY, | : | |
| | : | |
| Defendant. | : | |

**MOTION FOR CONTINUANCE OF SCHEDULING CONFERENCE**

The Defendant, Elvin Dempsey, by and through his counsel, Eleni Kousoulis, Esquire, hereby moves the Court for an order continuing the scheduling conference in this case.

In support of the motion, the defense submits as follows:

1. A scheduling conference in this matter is scheduled for Thursday, December 6, 2007, at 9:30 a.m.

2. Defense counsel has a Change of Plea Hearing scheduled for the same date and time in another matter in front of the Honorable Joseph J. Farnan, Jr., and is therefore unavailable at the time the scheduling conference in this matter is currently scheduled.

3. Defense counsel is available either before or after her Change of Plea Hearing in her other matter, should the Court wish to re-schedule the scheduling conference in this case to a different time on December 6, 2007.[1]

---

[1] Defense counsel also has a sentencing scheduled for 12:30 p.m. on December 6, 2007 that should last no longer than 45 minutes.

4.     Accordingly, the defense respectfully requests that the time for the scheduling conference in this case be changed to a different time on December 6, 2007, or that the scheduling conference be continued to another date.

5.     Defense counsel was unable to reach Shawn Martyniak, the Assistant United States Attorney handling the case for the government, to find out the government's position on this continuance request, or to find out the government's availability at another time on December 6, 2007.

6.     Should the scheduling conference in this case be continued to another date, the defense agrees to waive, pursuant to the Speedy Trial Act, any time between December 6, 2007, and the date of the scheduling conference.

**WHEREFORE**, for these reasons and any other such reasons that shall appear to the Court, the defense respectfully requests that the scheduling conference in this case be re-scheduled to another time on December 6, 2007, or continued to another date.

Respectfully Submitted,

/s/
Eleni Kousoulis, Esq.
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware 19801
302-573-6010
ecf_de@msn.com
Counsel for Defendant Elvin Dempsey

Dated:   December 3, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Criminal Action No. 07-74-GMS |
| : | |
| ELVIN DEMPSEY, : | |
| : | |
| Defendant. : | |

## **ORDER**

In response to Defense's Motion for Continuance of Scheduling Conference, this Court HEREBY ORDERS on this _____ day of _____, 2007, that Mr. Dempsey's scheduling conference be re-scheduled for the _____ day of _____, 2007 at _____ a.m./p.m., and that the time from December 6, 2007 up to the day of the scheduling conference shall be excluded under the Speedy Trial Act (18 U.S.C. § 3161, et seq.).

_____
HONORABLE GREGORY M. SLEET
United States District Court, Chief Judge