IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA      :

     :

      v.          : Criminal No. 07-74 GMS

     :

ELVIN DEMPSEY      :

     :

### NOTICE OF RESCHEDULING

IT IS HEREBY ORDERED that the scheduling conference regarding the above-captioned defendant is rescheduled, in chambers, to **Thursday, December 13, 2007, at 9:15 a.m.** before the Honorable Gregory M. Sleet, Chief, United States District Judge, United States Courthouse, 844 N. King Street, Wilmington, DE.

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE

December 4, 2007