

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046

(302) 573-6277
FAX (302) 573-6220

January 8, 2008

Honorable Gregory M. Sleet
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

    Re:    **United States v. Elvin Dempsey**
           **Criminal Action No. 07-74-GMS**

Dear Chief Judge Sleet,

    During a teleconference on January 7, 2008, the Court raised an issue regarding the Government's *Request to Summarily Deny the Defendant's Motion to Suppress*. Specifically, the Court noted a difference between information submitted in the Government's "Factual Allegations" portion of its motion and the search warrant affidavit of probable cause at issue.

    The Government wrote, in paragraph twenty-four, "[t]he warrant includes information that the Detectives conducted a vehicle stop after the car left the residence, located heroin in the vehicle, and were told by the occupant that he received the heroin from "Ocbar." The affidavit in the search warrant states, "That your affiants can state that relative to the surveillance a motor vehicle stop was conducted and the subject stopped advised that he/she received a bag of heroin from "Ocbar."

    The assigned prosecutor erred in including the portion of the statement, "...located heroin in the vehicle..." The statement, "located heroin in the vehicle" is not in the search warrant affidavit; its inclusion in the text of the motion was an error by the assigned prosecutor. As it is the text of the affidavit that is at issue, the Government respectfully submits that this error does not affect the *Franks* issue presently before the Court.

The prosecutor sincerely apologizes for any confusion created by the error and any inconvenience to the Court or defense counsel.

Yours very truly,

COLM F. CONNOLLY
United States Attorney

BY: _____
Shawn E. Martyniak
Special Assistant United States Attorney


cc:   Eleni Kousoulis, Esquire (By CM/ECF w/enclosure)