IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-74 GMS |
| | ) | |
| ELVIN DEMPSEY, JR. | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

WHEREAS, on June 5, 2007, the Grand Jury for the District of Delaware returned a three count Indictment against Elvin Dempsey, Jr. ("Dempsey");

WHEREAS, on November 8, 2007, the defendant filed a motion to suppress evidence (D.I. 16);

WHEREAS, on January 17, 2008, the court convened a hearing on the defendant's motion;

WHEREAS, the defendant had previously subpoenaed two witnesses to testify on his behalf at the hearing;

WHEREAS, the issued subpoenas contained an error, to wit, they directed the witnesses to the wrong courtroom;

WHEREAS, as a result, one of the witnesses was not present for the hearing;

WHEREAS, the court continued the hearing so that the defendant could properly subpoena the witness; and

WHEREAS, as of the date of this Order, the defendant has not reissued the subpoena;

IT IS HEREBY ORDERED that:

1. The defendant shall show cause, within ten (10) days of the date of this Order, as to why the court should not decide the motion to suppress on the present record.

Dated: February 4, 2008



CHIEF, UNITED STATES DISTRICT JUDGE

FILED
FEB - 5 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE