IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : : : | |
| v. | : : | Criminal Action No. 07-74-GMS |
| ELVIN DEMPSEY, | : : | |
| Defendant. | : | |

**DEFENDANT'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE**

Defendant, Elvin Dempsey, by and through his undersigned counsel, Eleni Kousoulis, Assistant Federal Public Defender, hereby files this response to the Court's Order to Show Cause. For the reasons that follow, Mr. Dempsey respectfully submits that the Court should not decide his Motion to Suppress Physical Evidence and Statements until after a second hearing has been conducted in this matter.

In support of this response, Mr. Dempsey avers as follows:

1.  On November 8, 2007, Mr. Dempsey filed a Motion to Suppress Physical Evidence and Statements.

2.  On January 17, 2008, the Court conducted an evidentiary hearing on Mr. Dempsey's motion.

3.  Prior to the hearing, Mr. Dempsey subpoenaed Tracy Watson to testify on his behalf. Ms. Watson, however, failed to appear at the hearing.

4.  Defense Counsel asked the Court to issue a bench warrant for Ms. Watson based on

her failure to appear at the hearing. The Court agreed to issue the bench warrant and continued the hearing to provide Defense Counsel with the opportunity to locate Ms. Watson.

5. After the hearing, the Court through its staff, informed Defense Counsel that it would not issue a bench warrant on Ms. Watson because the previously issued subpoena contained the wrong courtroom number.

6. Defense Counsel did not immediately reissue the subpoena to Ms. Watson because she believed that a witness could not be subpoenaed until after a court date had been scheduled. Additionally, based on this understanding, Defense Counsel was waiting for the Court's notice of a new hearing date before reissuing a new subpoena.

7. Defense Counsel acknowledges, nonetheless, that it was incumbent upon her to contact the Court to request a new hearing date, instead of assuming that the Court would sua sponte issue a new court date. Counsel apologizes to the Court for this misunderstanding and inconvenience caused by Counsel's failure to request a new court date.

8. Defense Counsel's actions were not willful or in bad faith, and she respectfully submits that her misunderstanding of the Court's procedure should not affect Mr. Dempsey's ability to have a full hearing on his motion and to develop a complete record. Mr. Dempsey's case is meritorious, and Defense Counsel believes that this case requires a full adjudication based on all of the evidence.

9. Therefore, Defense Counsel respectfully requests that the Court schedule a new hearing date consistent with the Court's calendar, permit the testimony of Ms. Watson and any necessary rebuttal testimony, and decide Mr. Dempsey's motion after considering all of the evidence in this matter.

10. Defense Counsel prepared a new subpoena for Ms. Watson, which is attached as "Exhibit A." Upon issuance of the new hearing date, Defense Counsel will immediately serve a subpoena, in the nature of the subpoena attached hereto, on Ms. Watson.

**WHEREFORE**, Mr. Dempsey respectfully requests that the Court schedule a new evidentiary hearing date, which will allow Defense Counsel to reissue a subpoena to Tracy Watson, and that it decide his motion after the additional hearing in this matter.

Respectfully Submitted,

/s/ Eleni Kousoulis
Eleni Kousoulis, Esq.
Assistant Federal Public Defender

Counsel for Defendant, Elvin Dempsey

Federal Public Defender's Office
704 King Street, Suite 110
Wilmington, Delaware 19801
(302) 573-6010
ecf_de@msn.com

Dated:   February 12, 2008

# EXHIBIT A

Case 1:07-cr-00074-GMS    Document 30-2    Filed 02/12/2008    Page 1 of 3

AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF **DELAWARE**

UNITED STATES OF AMERICA
V.

ELVIN DEMPSEY

SUBPOENA IN A
CRIMINAL CASE

Case Number: 07-74-GMS

TO: TRACEY WATSON
616 E. 23rd STREET
WILMINGTON, DELAWARE

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | UNITED STATES DISTRICT COURT<br>J. CALEB BOGGS FEDERAL BUILDING<br>844 KING STREET<br>WILMINGTON, DE  19801 | COURTROOM<br>4A |
|---|---|---|
| | | DATE AND TIME |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>PETER T. DALLEO | DATE |
|---|---|
| (By) Deputy Clerk<br>*E. Stickler* | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
ELENI KOUSOULIS, ASSISTANT FEDERAL PUBLIC DEFENDER, 704 KING STREET, SUITE 110
WILMINGTON, DELAWARE, 302-573-6010, ATTORNEY FOR ELVIN DEMPSEY.

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS ☐ YES  ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) **SEAN WILLIAMS** | | TITLE **INVESTIGATOR** |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____        _____
                         DATE                                                 SIGNATURE OF SERVER

**704 KING STREET, SUITE 110, WILMINGTON, DE**
ADDRESS OF SERVER

ADDITIONAL INFORMATION