IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 07-74 GMS |
| | : |
| ELVIN DEMPSEY | : |
| | : |

**ORDER**

IT IS HEREBY ORDERED that continuation of the hearing on the defendant's motion to suppress is scheduled for **Thursday, February 21, 2008, at 9:30 a.m.** before the Honorable Gregory M. Sleet, Chief, United States District Judge, United States Courthouse, Courtroom 4A, 844 N. King Street, Wilmington, DE.


/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE

February 13, 2008