# Federal Public Defender
## District of Delaware

EDSON A. BOSTIC
FEDERAL PUBLIC DEFENDER

one customs House
704 King Street, suite 110
Wilmington, Delaware 19801
(302) 573-6010 (telephone)
(302) 573-6041 (Fax)

ELENI KOUSOULIS
LUIS A. ORTIZ
KEIR BRADFORD
ASSISTANT FEDERAL PUBLIC DEFENDERS

TIEFFA N. HARPER
DANIEL I. SIEGEL
RESEARCH & WRITING ATTORNEYS

February 22, 2008

Honorable Gregory M. Sleet
Chief Judge, United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

    **Re:**    **United States v. Elvin Dempsey**
            **Criminal Action No.: 07-74-GMS**
            <u>**Our File No.: 2007-00208**</u>

Dear Chief Judge Sleet:

      Pursuant to the Court's request that the parties submit a briefing schedule for post-hearing briefs on the Motion to Suppress in this matter, the parties propose the following schedule:

      Defendant's Opening Brief is due March 11, 2008,
      Government's Response Brief is due March 25, 2008,
      Defendant's Reply Brief is due April 1, 2008.

      Trial in this matter is currently scheduled for March 25, 2008. Given the outstanding motion and the proposed briefing schedule, the parties respectfully request that the trial in this matter be continued to a date to be determined after the Court issues a ruling on the defendant's Motion to Suppress. The parties agree to waive any time under the Speedy Trial Act, and a proposed Order to that effect is attached.

Should Your Honor have any questions, please feel free to contact me.

        Respectfully submitted,

        /s/ Eleni Kousoulis

Eleni Kousoulis, Esquire
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware  19801
ecf_de@msn.com
(302) 573-6010
Attorney for Defendant Elvin Dempsey

Dated:  February 22, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-74-GMS |
| ELVIN DEMPSEY, | : | |
| Defendant. | : | |

**ORDER**

The parties having agreed to a briefing schedule, which has been approved by the Court, and the parties having further agreed to the entry of this Order, IT IS HEREBY ORDERED, in the interests of justice, that the period of time from the filing of the Motion to Suppress on November 8, 2007, until the Court issues a ruling on the Motion to Suppress, be excludable under the Speedy Trial Act (18 U.S.C. § 3161, *et seq.*).

_____
Date

_____
**HONORABLE GREGORY M. SLEET**
Chief Judge, United States District Court