IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-74-GMS |
| ELVIN DEMPSEY, | : | |
| Defendant. | : | |

### ORDER

The parties having agreed to a briefing schedule, which has been approved by the Court, and the parties having further agreed to the entry of this Order, IT IS HEREBY ORDERED, in the interests of justice, that the period of time from the filing of the Motion to Suppress on November 8, 2007, until the Court issues a ruling on the Motion to Suppress, be excludable under the Speedy Trial Act (18 U.S.C. § 3161, *et seq.*).

2/25/08
Date

HONORABLE GREGORY M. SLEET
Chief Judge, United States District Court

FILED

FEB 2 5 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE