IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-74-GMS |
| ELVIN DEMPSEY, | : | |
| Defendant. | : | |

## MOTION FOR CANCELLATION OF CHANGE OF PLEA HEARING AND FOR CHANGE OF TRIAL DATE

The Defendant, Elvin Dempsey, by and through his counsel, Eleni Kousoulis, Esquire, hereby moves the Court for an Order cancelling the Change of Plea Hearing and for a change of the Trial date in this case.

In support of the motion, the defense submits as follows:

1.  On May 16, 2008, a Scheduling Conference was held in this case. At that time, the government was in the process of extending a plea offer to the defendant. A Change of Plea Hearing was scheduled for Friday, June 13, 2008, in the event the defendant accepted any offer the government extended. In the alternative, should the defendant decide not to accept the government's offer, a Jury Trial was scheduled in this matter for September 9, 2008.

2.  The defendant has rejected the government's plea offer and wishes to have a jury trial in this matter. Therefore, it is respectfully requested that the Change of Plea Hearing currently scheduled in this matter be cancelled.

3.  Trial in this matter is expected to last two or three days. Defense counsel is unavailable from the afternoon of September 9, 2008 through September 12, 2008. Accordingly, defense counsel also respectfully requests that the trial date in this matter be moved.

4.  Special Assistant United States Attorney, Shawn Martyniak, the attorney handling this case for the government, has no opposition to changing the trial date in this matter.[1]

5.  The defendant agrees to waive, pursuant to the Speedy Trial Act, any time between September 8, 2008, and the re-scheduled date of the trial.

**WHEREFORE**, for these reasons and any other such reasons that shall appear to the Court, the defendant respectfully requests that the Change of Plea Hearing in this case be cancelled, and that the Trial Date be re-scheduled.

Respectfully Submitted,

 /s/ Eleni Kousoulis
Eleni Kousoulis, Esquire
Assistant Federal Public Defender
One Customs House
704 King Street, Suite 110
Wilmington, Delaware 19801
302-573-6010
ecf_de@msn.com

Counsel for Defendant Elvin Dempsey

Dated:   June 9, 2008

---

[1] Mr. Martyniak's only request was that the date for Jury Instructions to be provided to the court and the date of the Pre-Trial Conference also be changed to correspond with any new trial date.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-74-GMS |
| | : | |
| ELVIN DEMPSEY, | : | |
| | : | |
| Defendant. | | |

**ORDER**

Having considered Defendant Dempsey's Motion for Cancellation of Change of Plea Hearing and for Change of Trial Date, **IT IS HEREBY ORDERED** this _____ day of _____, 2008, that the Change of Plea Hearing in this matter is cancelled. **IT IS FURTHER ORDERED** that the Jury Trial is this matter is re-scheduled for the _____ day of _____, 2008, at _____ a.m./p.m.

 

_____
Honorable Gregory M. Sleet
United States District Court