IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-74-GMS |
| ELVIN DEMPSEY, | : | |
| Defendant. | : | |

**ORDER**

Having considered Defendant Dempsey's Motion for Cancellation of Change of Plea Hearing and for Change of Trial Date, **IT IS HEREBY ORDERED** this 10th day of June, 2008, that the Change of Plea Hearing in this matter is cancelled. **IT IS FURTHER ORDERED** that the Jury Trial is this matter is re-scheduled for the 15th day of September, 2008, at 9:30 a.m./~~p.m.~~

Honorable Gregory M. Sleet
United States District Court

FILED
JUN 10 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE