IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-74-GMS |
| ELVIN DEMPSEY, | : | |
| Defendant. | : | |

### GOVERNMENT'S REQUEST FOR SPECIAL VOIR DIRE

**NOW COMES** the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Shawn E. Martyniak, Special Assistant United States Attorney, and hereby requests that the Court submit the following questions to the jury panel in the above-captioned case:

1. Do you know (witness list to be supplied)?

2. This case involves drug and gun charges. Is there anything about the nature of the charges that would prevent you from being an impartial juror?

3. Have you served on a jury for a criminal case or on a Grand Jury before?

4. Other than traffic offenses, have you or any members of your family ever been the subject of a criminal investigation and/or charged with a criminal offense?

5. Have you or any members of your family been charged with a drug or gun crime?

6. Do you believe that drugs should be legalized?

7. Are you a member of any organization which supports or opposes federal or state gun control laws?

8. Have you ever testified in a criminal case?

          Respectfully submitted,

          COLM F. CONNOLLY
          United States Attorney

By: _____ For Shawn Martyniak
          Shawn E. Martyniak
          Special Assistant United States Attorney

Dated: August 20, 2008