IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 07-74 (GMS) |
| | : | |
| ELVIN G. DEMPSEY, JR. | : | |

**NOTICE OF RESCHEDULING**

IT IS HEREBY ORDERED that the Pretrial Conference regarding the above-captioned defendant is RESCHEDULED, in chambers, to **Monday, September 8, 2008, at 4:30 p.m.** before the Honorable Gregory M. Sleet, Chief, United States District Judge, United States Courthouse, 844 N. King Street, Wilmington, DE.

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE

September 3, 2008